**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CLARK IRIZARRY,,**

        **Plaintiff,**

**-vs-**                                              **Case No. 6:09-cv-1491-Orl-31DAB**

**GLOBAL SERVICES USA, LLC, ,**

        **Defendant.**

_____

# ORDER

This cause comes before the Court on Motion for Default Judgment (Doc. No. 12) filed November 4, 2009.

On November 19, 2009, the United States Magistrate Judge issued a report (Doc. No. 13) recommending that the motion be granted. No objections have been filed. Therefore, it is

**ORDERED** as follows:

    1.    The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

    2.    The Motion for Default Judgment is GRANTED.

    3.    The Clerk is directed to enter judgment against the Defendant in the amount of $2,520.00 in damages and $440.00 in costs, for a total of $2,960.00. The Clerk is directed to then close the case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 9th day of December, 2009.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party